IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:14-cv-45-D

| | |
|---|---|
| GANZ U.S.A., LLC, and<br>NOELLE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSPAC, INC. dba<br>TRANSPAC IMPORTS INC.,<br><br>    Defendant. | ORDER GRANTING PLAINTIFFS'<br>MOTION TO SEAL |

Having shown good cause, the Court GRANTS Ganz U.S.A., LLC and Noelle, LLC's Motion to Seal. The Court finds that Plaintiffs have shown that public dissemination of the contents of Exhibit A of D.28, Defendant Transpac, Inc.'s ("Transpac") Memorandum in Support of Its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) would do substantial competitive harm to Plaintiffs. As a result, the Court finds the harm to Plaintiffs outweighs the public's First Amendment right of access.

THEREFORE, it is ORDERED that D.28, Exhibit A of Defendant Transpac, Inc.'s ("Transpac") Memorandum in Support of Its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) remain sealed.

SO ORDERED. This 30 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge