IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-45-D

| | |
|---|---|
| GANZ U.S.A., LLC, and NOELLE, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| TRANSPAC, INC., | ) ) ) |
| Defendant. | ) |

On September 8, 2014, defendant filed a motion to dismiss for failure to state a claim upon which relief can be granted. See [D.E. 25]; Fed. R. Civ. P. 12(b)(6). On April 8, 2015, plaintiffs responded in opposition. See [D.E. 47].

The court has considered the motion under the governing standard. Defendant's motion to dismiss [D.E. 25] is DENIED.

SO ORDERED. This _28_ day of July 2015.

JAMES C. DEVER III
Chief United States District Judge